UNITED STATES DISTRICT COURT
DOR THE SOUTHERN DISTRICT OF NEW YORK
SOUTHERN DIVISION

DERRICK LEE CARDELLO-SMITH, #267009
MINORITY SHAREHOLDER OF 49% OF SEAN JOHN COMBS ENTERPRISES,
BAD BOY RECORDS AND ENTERTAINMENT,
    Plaintiff

**25 CV 9743**

File #_____

SEAN JOHN COMBS,
SEAN JOHN COMBS ENTERPRISES,
SEAN "PUFF DADDY" COMBS,
P. DIDDY, PUFFY, BROTHER LOVE,
FELLOW CONVICTED FELON SEAN JOHN COMBS,
    Defendant,
_____/



RECEIVED
NOV 19 2025
PRO SE OFFICE

COMPLAINT
AND DEMAND FOR JURY TRIAL

    Plaintiff, Derrick Lee Cardello-Smith, hereby brings this SUIT FOR BREACH OF CONTRACT AND THEFT OF INVESTMENT RIGHTS, ROYALTIES, RETURNS AND FULL ENTITLEMENT TO THE 49% (Forty-Nine Percent) of SEAN COMBS ENTERPRISES , BAD BOY RECORDS, BAD BOY ENTERTAINMENT, FILMS, MUSIC, APPAREL, PROPERTIES, HOMES, TITLES, ALL BUSINESS AGREEMENTS AND FULL RIGHTS TO ACCESS TO ALL THE REMAINING MONETARY RETURNS OF THE ORIGINAL 10 PRIVATE INVESTORS WITH PLAINTIFF BEING #5 OF 10 WHERE THE OTHER 9 WERE ALL KILLED BY SEAN "PUFF DADDY" COMBS, KYM L. WORTHY, WAYNE COUNTY PROSECUTOR, AND OTHER WAYNE COUNTY OFFICIALS WHO INVESTED IN SEAN COMBS ENTERPRISES IN JANUARY 1, 1997 THROUGHOUT THE DATE OF THIS FILING--AS verified by the ATTACHED RECEIPT and the AGREEMENT SUBMITTED TO THIS COURT AS OFFER OF PROOF #1.

MONEY OWED TO PLAINTIFF BY DEFENDANT SEAN COMBS
AS A MINORITY SHAREHOLDER

## FOUR HUNDRED AND SIXTY NINE MILLION DOLLARS

## (469,000,000.00)

    This Agreement was Made in the Jurisdiction of NEW YORK ON JANUARY 3, 1997 AND IS WITHIN THIS COURTS VENUE and It is sought to REMAIN IN THE COURTS VENUE and NOT BE TRANSFERRED TO ANY OTHER COURT.

1.

## DEMAND FOR A JURY TRIAL

Plaintiff hereby demands a JURY TRIAL pursuant to the 7th Amendment of the State and Federal Constitution.

Plaintiff Resided in BROOKLYN NEW YORK AT THE TIME OF THE SIGNING AND APPROVAL OF THE INVESTMENT BEING FINALIZED WITH DEFENDANT SEAN COMBS AND THE CASE IS WITHIN THIS COURTS JURISDICTION AND VENUE IS CORRECT.

THIS IS A SERIOUS BREACH OF CONTRACT AND THEFT OF MONETARY RETURNS ON PART OF THE DEFENDANT WHO HAS KEPT THE PLAINTIFFS INVESTMENT AND PLAINTIFFS RIGHTFUL ENTITLEMENT TO THE ALMOST HALF OF SEAN COMBS ENTERPRISES.

## PLAINTIFF WILL PROVIDE THE COURT WITH A BRIEF IN SUPPORT DETAILING THE FULL TERMS OF THE COMPLAINT

## RELIEF SOUGHT

Plaintiff seeks a Jury Trial and Damages to be entered in the amount of FOUR-HUNDRED SIXTY NINE MILLION DOLLARS, TO SATISFY THE 1997 INVESTMENT of this Plaintiff into Sean Combs Enterprises, and grant any further relief this court deems necessary and appropriate.

Respectfully Yours,                                                              11-6-25

Derrick Lee Cardello-Smith, #267009
Kinross Correctional Facility
4533 West Industrial Park Drive
KINCHELOE, Michigan 49788

2.

# Bad Boy Entertainment, Epic, Inc.

1710 Broadway, F12
New York, New York 10019-US

## INVOICE

**TO:** Derrick Lee Cardello-Smith (Hospitality)
19246 Hoyt
Detroit, Michigan 48205

January 3, 1997  Transaction No. 97-1090108  Investment Business Service  Detroit, Michigan

| Purpose | Description   #5 of 10   Private Investors | Investment | Total Amount |
|---|---|---|---|
| **TERMS** Offset losses of Bad Boy Ent. due to the success of **DEATH ROW RECORDS** | Private Investment of Monetary Funds from party above for as Investor #5 of 10 Private Investors named as the Holder DERRICK LEE CARDELLO-SMITH. Sean Combs, Owner and CO-founder of BAD BOY ENTERTAINMENT, privately and apart from the Entity of EPIC RECORDS and SONY RECORDS. The following terms are agreed: SEAN COMBS- Accepts Cardello-Smith's Investment of cash INTO BAD BOY ENTERTAINMENT in the amount of: **$150,000.00** (One-Hundred Fifty Thousand Dollars) As 5 of 10 Private Investors of the 10 individuals Cash investments of $150,000.00 each for the full amount of 1,500,000.00 (1.5million dollars) for The rights to **49%** of all future holdings, sales, recordings, contracts, properties, homes, titles, the Future recording artists, prospective artists, all of the FILM, MUSIC, APPAREL, BEVERAGES, & ALL BUSINESS AGREEMENTS, LABELS, LLC, And shares of BAD BOY ENTERTAINMENT, to be recouped and recovered by Investors or the #5 investor, DERRICK LEE CARDELLO-SMITH. Cardello-Smith's 1 provision is SEAN COMBS must refrain from any STATE or FEDERAL CHARGES and will not Pursue any Illegal Actions against Cardello-Smith- a violation of this Provision allows Cardello-Smith the 49% as a minority Shareholder and investor of BAD BOY ENTERTAINMENT in 2007, 2017, 2027 & RELEASE FROM BAD BOY ENTERTAINMENT AND TO recover funds used to save Bad Boy Entertainment | $150,000.00 | $150,000.00 |

**Terms:**

Sub Total **$150,000.00**
Tax     Unreported as loan
Grand Total: **$150,000.00**

[----------------------------------------------------------------------------]

Subscribed and Sworn before me on this 7th day of January 1997 in the City of Detroit, Michigan, County of Wayne.

SEAN COMBS
a/k/a/ Puff Daddy
Bad boy Entertainment and
Co-Founder

Derrick Lee Cardello-Smith
Investor
19246 Hoyt
Detroit, Michigan 48205

Notary Public

My commission expires on 1-15-2000

[----------------------------------------------------------------------------]

MARCUS ASHFORD
Notary Public, State of Michiigan
County of Wayne
My commission Expires Janurt 15,2000
Acting in the County of Wayne

Derrick Lee Cardello-Smith
#267009
Kinross Correctional Facility
4533 West Industrial PArk Drive
Kinchelo, MI 49788

November 6, 2025

Office of the Clerk
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 1007

    Re: DERRICK LEE CARDELLO-SMITH vs SEAN JOHN COMBS, et al
       Case No _____

Dear Clerk:

Enclosed for filing in the above cause:

1.COMPLAINT AND DEMAND FOR JURY TRIAL
2. DAMAGES SOUGHT--FOUR HUNDRED-AND SIXTY-NINE MILLION DOLLARS FOR BREACH OF CONTRACT AND VIOLATION OF AGREEMENT.
3. OFFER OF PROOF--RECEIPT SHOWING FINANCIAL TRANSACTION IN JANURAY 1997. AND ENTITLEMENT TO 49 PERFECT OF SEAN COMBS ENTERPRISES.

Thank you for your time.

_____
Derrick Lee Cardello-Smith

NAME: _____

Number: _____

Address: _____

Address: Mr. Derrick Lee Cardello-Smith
#267009
Kinross Correctional Facility
4533 West Industrial Park Drive
Kincheloe, Michigan 49788

Mailed on 11-6-25



RECEIVED
NOV 19 2025
PRO SE OFFICE

GRAND RAPIDS MI   493

12 NOV 2025  PM 3  L

USA ★ FOREVER

USDNY

Pro Se

Office of the Clerk
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 1007

RECEIVED
NOV 17 2025
CLERK'S OFFICE
S.D.N.Y.

10007-133099