UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DERRICK LEE CARDELL-SMITH,

Plaintiff,

-against-

SEAN JOHN COMBS; SEAN JOHN COMBS
ENTERPRISES; SEAN "PUFF DADDY"
COMBS; P. DIDDY; PUFFY BROTHER
LOVE; FELLOW CONVICTED FELON
SEAN JOHN COMBS,

Defendants.

25cv9743 (LTS)

CIVIL JUDGMENT

For the reasons stated in the December 2, 2025, order, this action is dismissed. The Court

certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be

taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge*

*v. United States*, 369 U.S. 438, 444-45 (1962).


SO ORDERED.

Dated:    December 4, 2025
          New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge